IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| M.B., by and through her mother, DONNA BETTS, and DONNA BETTS | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:24-cv-01411 |
| v. | § § | |
| Austin Independent School District, et al., | § § § § § | |
| Defendant(s). | § | |

## MOTION TO APPROVE SETTLEMENT

Plaintiffs M.B., by and through her mother Donna Betts, and Donna Betts (collectively "Plaintiffs") and Defendant, Austin Independent School District, by and through their respective attorneys, respectfully request that this Court review the Settlement Agreement and General Release ("Agreement") entered into between the Plaintiffs and the Defendant and enter an Order approving the Agreement, and after such Order, dismiss with prejudice all claims as to all Parties. In support of this motion:

1. Plaintiffs claim M.B. was not provided with appropriate supports to attend school and supplemental therapy. Plaintiffs make claims under the Americans with Disabilities Act, the Rehabilitation Act, and pursuant to a Settlement Agreement and Release previously executed between the Parties during a mediation.

2. Defendants deny the substantive allegations.

3. The Parties are represented by their respective counsel.

4. The Parties attended mediation in this matter with Lucius Bunton. In an effort to reach a compromise and to avoid the expense and burden of litigation, the Settling Parties have reached a settlement as to all Parties and all Claims. The terms of the settlement are embodied in the Agreement, which is provided as Exhibit A. The Agreement is redacted to protect the identity of the minor Plaintiff.

5. The Settling Parties request the Court's approval because the Agreement concerns a minor. The appointment of a guardian should not be needed here because the minor's interests are being protected by her mother who is also a separate party to this case. The mother's portion of the recovery constitutes reimbursement for expenses paid and substantiated and the remaining funds will be deposited into an ABLE account for the protection of the minor.

6. There are no allegations that this is not a fair and reasonable settlement or that any improper motives are in play. The particular issues here are not overly complicated and Plaintiffs are represented. Alternatively, if the Court deems it necessary, then the Settling Parties request a guardian ad litem appointment to provide a recommendation on whether to approve the Agreement.

Following the Court's approval of the Agreement, the Parties request that the Court dismiss the suit with prejudice, with the Parties bearing their own attorneys' fees and costs against each other except as otherwise provided in the Agreement.

WHEREFORE, the Parties request that the Court review the Agreement (if needed), approve the settlement, grant this Motion, and if this Motion is granted, then dismiss with prejudice this lawsuit.

| | |
|---|---|
| Date: August 7, 2025 | Respectfully submitted, |
| | */s/ S. Tomiyo Stoner* |
| | S. Tomiyo Stoner |
| | UNDAUNTED LAW FIRM, P.C. |
| | 400 E. Las Colinas Blvd. |
| | Suite 300, Room 91 |
| | Irving, Texas 75039 |
| | T: (844) 232-4332 |
| | tstoner@undauntedlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I served the document on all counsel and/or pro se parties of record by a manner authorized by the Federal Rules of Civil Procedure.

*/s/ S. Tomiyo Stoner, Esq.*
S. Tomiyo Stoner, Esq.

3