FILED
August 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_Julie Golden\_\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| M.B., by and through her mother, DONNA BETTS, and DONNA BETTS<br><br>Plaintiffs,<br><br>v.<br><br>Austin Independent School District, et al.,<br><br>Defendant(s). | CIVIL ACTION NO. 1:24-cv-01411 |

**ORDER**

Pending before the Court is a request for approval of a settlement between some of the parties in this case. For due cause, it is hereby: ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the Settlement Agreement and General Release ("Agreement") that the Plaintiffs and Defendant AISD (these specific parties are referred to as the "Parties") entered into and holds that the Agreement is fair and reasonable and protects the interests of the minor child M.B.

2. This Court dismisses this action with prejudice.

The Parties shall bear their own attorneys' fees and costs against each other except as provided by the Agreement.

IT IS SO ORDERED this  11th  day of   August   , 2025

HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE